IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| REGIONS BANK, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-0047 |
|  | ) | Chief Judge Haynes |
| AIP JETS, LLC, et al., | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of the file in this action, Plaintiff has not taken any measures to pursue this action. Accordingly, pursuant to Local Rule 41.01 and Fed. R. Civ. P. 41(a), this action is **DISMISSED without prejudice.**

It is so **ORDERED**.

ENTERED this the 11th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court