## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

REGIONS BANK,

      Plaintiff,

v.

AIP JETS, LLC, et al.,

      Defendants.

No. 3:10-0047
Chief Judge Haynes

## O R D E R

Upon review of the file in this action, Plaintiff has not taken any measures to pursue this action. Accordingly, pursuant to Local Rule 41.01 and Fed. R. Civ. P. 41(a), this action is **DISMISSED without prejudice.**

It is so **ORDERED.**

**ENTERED** this the ___11th___ day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court